# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTER CURTIS MOLES,** | : | **CIVIL ACTION NO. 1:06-CV-0665** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **RONNIE HOLT**, Warden, et al., | : | |
| Respondents | : | |

## ORDER

AND NOW, this 10th day of April, 2006, upon consideration of the petition for writ of habeas corpus and the annexed exhibits (Doc. 1), it is hereby ORDERED that:

1. Petitioner's application to proceed *in forma pauperis* (Doc. 2) is GRANTED.

2. The Clerk of Court is directed to serve copies of the petition and the annexed exhibits (Doc. 1), and this order by certified mail on respondents and the United States Attorney. See R. GOVERNING § 2254 CASES R.1(b) (applicable to petitions under 28 U.S.C. §2241 in the discretion of the court)  All documents filed by the parties and by the court shall be served upon the United States Attorney.

3. Respondents shall file, within twenty (20) days from the date of this order, an answer to the petition (Doc. 1). See R. GOVERNING § 2254 CASES R. 1(b), 5(b)-(d) (explaining required contents of answer and supporting materials).

4. Petitioner shall be permitted to file, within fifteen (15) days of the date on which the answer is filed, a reply to the answer. See R. GOVERNING § 2254 CASES R. 1(b), 5 (e).

5.   The court will decide whether to hold a hearing following review of the petition, respondents' answer, and, if filed, petitioner's reply.


    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge